# LIST OF CREDITORS FOR CHAPTER 13

CLERK
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF
NEW YORK

2023 DEC 21  A 10: 29

RECEIVED/MR

| | |
|---|---|
| Fortiva Credit Card<br>P.O Box 650847<br>Dallas, Tx 75265-0847 | $956.62 |
| First National Credit Card<br>P.O Box 2496<br>Omaha, NE 68103-2496 | $621.73 |
| Blaze MasterCard<br>P.O Box 2534<br>Omaha, NE 67103-2534 | $430.57 |
| Genesis FS Card Services<br>P.O Box 23039<br>Columbus, GA 31902-3039 | $453.74 |
| Capital One<br>P.O Box 4069<br>Carol Stream, IL 60197-4069 | $261.22 |
| Capital One<br>Spark Business<br>P.O Box 6492<br>Carol Stream, IL 60197-6492 | $956.64 |
| TOTAL: | $ 3680.52 |